UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PALOMINO AT REDFORD RANCH CONDOMINIUM OWNERS ASSOCIATION,<br><br>Plaintiff(s),<br>v.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendant(s). | CASE NO. C25-0559-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The parties have filed a stipulated motion to dismiss, under Federal Rule of Civil Procedure 41(a)(1) and Local Rules W.D. Wash. LCR 10(g). Dkt. No. 20. The Court GRANTS the parties' motion, hereby DISMISSING this case with prejudice without an award of fees or costs to either party. The clerk shall administratively close this matter.

Dated this 11th day of September, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1